Commonwealth *v.* Howell, Appellant.

Argued November 16, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William J. Brady, Jr.,* for appellant.

*James Garrett,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 20, 1972:
Judgment affirmed.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.